# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. NATALIA CAREY,<br><br>        Plaintiff,<br><br>    vs.<br><br>UNUM, and DOES 1-50,<br><br>        Defendants. | Case No. 3:17-cv-03154-JST<br><br>(Honorable Jon S. Tigar)<br><br>**[PROPOSED] ORDER CONTINUING CERTAIN CASE MANAGEMENT DEADLINES** |

# **ORDER**

Pursuant to the stipulation of the parties, and for good cause appearing, it is hereby ordered that certain case management dates and deadlines be continued as follows:

|  | Current Date | New Date |
|---|---|---|
| Fact Discovery Cut-Off: | 8/31/2018 | 10/12/2018 |
| Expert Disclosures: | 9/28/2018 | 11/9/2018 |
| Expert Rebuttal: | 10/26/2018 | 12/7/2019 |
| Expert Discovery Cut-Off: | 12/14/2018 | 1/25/2019 |
| Dispositive Motion Deadline: | 12/14/2018 | 1/25/2019 |

IT IS SO ORDERED.

DATED: July 20, 2018

Jon S. Tigar
United States District Judge