# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. NATALIA CAREY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNUM, and DOES 1-50,<br><br>　　　　Defendants. | Case No. 3:17-cv-03154-JST<br><br>(Honorable Jon S. Tigar)<br><br>**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)]**<br><br>Complaint Filed: June 1, 2017 |

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: ___October 26___, 2018     _____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE
Case No. 3:17-cv-03154-JST